858 A.2d 1160

COMMONWEALTH of Pennsylvania, Petitioner

v.

Eric HODGES, Respondent.

Supreme Court of Pennsylvania.

Sept. 7, 2004.

## *ORDER*

PER CURIAM:

AND NOW, this 7th day of September, 2004, the Petition for Allowance of Appeal is hereby **GRANTED,** and the order of the Superior Court is **REVERSED.** *See Commonwealth v. Devers,* 519 Pa. 88, 546 A.2d 12 (1988).